IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTY CASTREJON,

    Plaintiff,

v.                                          CIVIL ACTION FILE
                                            NO. 1:14-CV-1291-HLM

DEUTSCHE BANK NATIONAL
TRUST COMPANY, et al.,

    Defendants.

## ORDER

This case is before the Court on the Motion to Dismiss filed by

Defendant McCalla Raymer, LLC ("Defendant McCalla") [3] and on

the Court's own Motion.

On March 31, 2014, Plaintiff filed this lawsuit in the Superior

Court of Cobb County, Georgia. (Compl. (Docket Entry No. 1-1).)

On April 30, 2014, Defendant McCalla Raymer, LLC ("Defendant

McCalla") removed the case to this Court. (Docket Entry No. 1.)

On May 7, 2014, Defendant McCalla filed a Motion to Dismiss. (Docket Entry No. 3.)  The time period in which Plaintiff could respond to the Motion to Dismiss has expired, and the Clerk's docket indicates that Plaintiff has not filed a response to the Motion. (See generally Docket.) Because Plaintiff is proceeding pro se, the Court will give Plaintiff one final opportunity to respond to the Motion to Dismiss.

ACCORDINGLY, the Court **ORDERS** Plaintiff to file her response, if any, to the Motion to Dismiss [3] **WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF THIS ORDER**.  If Plaintiff fails to respond to the Motion to Dismiss as directed in this Order, the Court will grant that Motion as unopposed. N.D. Ga. R. 7.1B. The Court **DIRECTS** the Clerk to **MAIL** a copy of this Order to Plaintiff at her last-known address: 1404 Windmoore Court, Kennesaw,

2

Georgia, 30144.

IT IS SO ORDERED, this the 28 day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

AO 72A

(Rev.8/8

2)